CHARLES STUBBS
REGISTER NO: 05265-068
U.S.P. - BIG SANDY
P.O. BOX 2068
INEZ, KENTUCKY 41224-2068

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
P.O. BOX 1805
PITTSBURGH, PENNSYLVANIA 15230

NOVEMBER 27, 2005

RE: 99-CR-0175-1
    USA V STUBBS

LETTER MOTION FOR CLEARIFICATION

DEAR CLERK:

AS TO THE NOTICE DATED NOVEMBER 22, 2005 ADVISING THE GOVERNMENT UNDER RULE 4, AND 5 OF §2255 TO RESPOND TO MOVANTS MOTION UNDER §2255. MR. STUBBS IS A BIT CONFUSED AS TO THE LAST SENTENCE OF THE NOTICE WHEN IT SAID "REPLY WILL NOT BE ACCEPTED." WHAT MR. STUBBS NEEDS TO KNOW IS, DOES THE "REPLY" LANGUAGE APPLY TO MR. STUBBS?

RESPECTFULLY SUBMITTED,

CC: SHUAN SWEENEY, AUSA

Charles Stubbs
CHARLES STUBBS
DEFENDANT IN PRO SE

Reply briefs are not accepted without leave of court.
Loretta H. Ambrose
12-14-05